IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Watson, Lavell | Case Number: 05 B 55256 |
| Watson, Adrianne | Judge: Wedoff, Eugene R |
| Printed: 01/22/09 | Filed: 10/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 13, 2008
Confirmed: January 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 40,725.55 | |
| Secured: | | 34,512.34 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,194.00 |
| Trustee Fee: | | 2,126.08 |
| Other Funds: | | 1,893.13 |
| Totals: | 40,725.55 | 40,725.55 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 2,194.00 | 2,194.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 9,450.70 | 6,764.16 |
| 4. | HSBC Auto Finance | Secured | 25,506.95 | 12,931.56 |
| 5. | Shell Vacation Club | Secured | 10,330.80 | 5,485.23 |
| 6. | Great American Finance Company | Secured | 1,354.30 | 691.14 |
| 7. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 8. | Triad Financial Services | Secured | 15,962.00 | 8,475.16 |
| 9. | City Of Chicago | Secured | 319.01 | 165.09 |
| 10. | Capital One | Unsecured | 51.44 | 0.00 |
| 11. | Capital One | Unsecured | 54.20 | 0.00 |
| 12. | Capital One | Unsecured | 95.85 | 0.00 |
| 13. | HSBC Auto Finance | Unsecured | 49.76 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 55.27 | 0.00 |
| 15. | Cook County Treasurer | Unsecured | 75.61 | 0.00 |
| 16. | Great American Finance Company | Unsecured | 47.18 | 0.00 |
| 17. | Triad Financial Services | Unsecured | 63.36 | 0.00 |
| 18. | Midnight Velvet | Unsecured | 70.56 | 0.00 |
| 19. | Peoples Energy Corp | Unsecured | 24.36 | 0.00 |
| 20. | Capital One | Unsecured | 74.50 | 0.00 |
| 21. | Fingerhut | Unsecured | 7.06 | 0.00 |
| 22. | Ginny's | Unsecured | 17.22 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 64.60 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 89.27 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 177.12 | 0.00 |
| 26. | Cook County Treasurer | Priority | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Watson, Lavell | Case Number: 05 B 55256 |
| | Watson, Adrianne | Judge: Wedoff, Eugene R |
| | Printed: 01/22/09 | Filed: 10/14/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Advocate Health Care | Unsecured | | No Claim Filed |
| 28. | BMG Music Service | Unsecured | | No Claim Filed |
| 29. | Blair | Unsecured | | No Claim Filed |
| 30. | Bureau Of Account Management | Unsecured | | No Claim Filed |
| 31. | FDC | Unsecured | | No Claim Filed |
| 32. | Capital One | Unsecured | | No Claim Filed |
| 33. | ACL Inc | Unsecured | | No Claim Filed |
| 34. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 35. | SBC | Unsecured | | No Claim Filed |
| 36. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 37. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 38. | One Click Cash | Unsecured | | No Claim Filed |
| 39. | ACL Inc | Unsecured | | No Claim Filed |
| 40. | US Cellular | Unsecured | | No Claim Filed |
| 41. | Coastline Credit | Unsecured | | No Claim Filed |
| 42. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 43. | US Fast Cash | Unsecured | | No Claim Filed |
| | | | $ 66,135.12 | $ 36,706.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 411.16 |
| 5% | 193.70 |
| 4.8% | 372.46 |
| 5.4% | 658.54 |
| 6.5% | 432.38 |
| 6.6% | 57.84 |
| | $ 2,126.08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

